B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Antonio R Maciel
        Norma L Maciel                                              Case No.  12-80499
                                        Debtor(s)                   Chapter   13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **281.00** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __70.25__ Check one    ☐ With the filing of the petition, or
                            ■ On or before  __3/16/12__

   $ __70.25__ on or before  __4/13/12__

   $ __70.25__ on or before  __5/11/12__

   $ __70.25__ on or before  __6/08/12__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  **February 29, 2012**                    Signature   /s/ Antonio R Maciel
                                                           Antonio R Maciel
/s/ David L. Stretch                                       Debtor
Attorney for Debtor(s)
**David L. Stretch 6228693**
**The Law Office of David L. Stretch**
**5447 Bull Valley Road**                       Signature   /s/ Norma L Maciel
**McHenry, IL 60050-7410**                                 Norma L Maciel
**815-578-0055**                                           Joint Debtor
Fax: 815-385-9363
stretchlaw@gmail.com